# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 752 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CIVIL PROCEDURAL RULES COMMITTEE | : : : | CIVIL PROCEDURAL RULES DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2024, Casey A. Coyle, Esquire, is hereby designated as Chair, and Benjamin J. Baer, Esquire, is designated as Vice-Chair, of the Civil Procedural Rules Committee, commencing July 1, 2024.